# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

MATTHEW KLUGER

    *Defendant*.

Crim. No. 11-858 (KSH)

**ORDER ON POST-SENTENCING REQUESTS**

**Katharine S. Hayden, U.S.D.J.**

    This matter comes before the Court pursuant to requests made by defendant Matthew Kluger to alter his judgment of conviction and amend his presentence report. Specifically, he requests that the Court: (1) exempt funds he receives from his family from the Inmate Financial Responsibility Program; (2) reduce his sentence so he may begin to serve in a prison camp or waive the public safety factor as it pertains to his current sentence so that he is immediately eligible for assignment to a camp; and (3) amend his presentence report to include his doctor's recommendations for his medical care.

    The Court **denies** Kluger's request to exempt family-donated funds from the Inmate Financial Responsibility Program. Kluger has failed to provide any compelling reason for the Court to include a special payment plan in his case.

    For the reasons set forth in the Court's decision at the time of sentencing, the Court also **denies** Kluger's request for a reduction in his sentence or a waiver of the public safety factor. In sentencing Kluger to 144 months the Court acknowledged that the Bureau of Prisons would not designate him to a prison camp facility, and that his eligibility for the same would be determined based upon the Bureau's policies and regulations. The Court will not deviate from the sentence imposed.

Finally, pursuant to Fed. R. Crim. P. 32(d)(2)(G), which provides for input from the Court with respect to the contents of the presentence report, the Court **grants** Kluger's request to have his presentence report amended to include Dr. Scheifer's letter of June 1, 2012.

**SO ORDERED.**

June 20, 2012

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.